PURDUE PHARMA PRODUCTS L.P., and Napp Pharmaceutical Group Ltd., Plaintiffs–Appellants,

and

Ortho–McNeil, Inc., Plaintiff–Appellant,

v.

PAR PHARMACEUTICAL, INC. and Par Pharmaceutical Companies, Inc., Defendants–Cross Appellants.

Nos. 2009–1553, 2009–1554, 2009–1592.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

HONEYWELL INTERNATIONAL INC., and Honeywell Intellectual Properties Inc., Plaintiffs–Appellants,

v.

CHUNGHWA PICTURE TUBES, LTD., Defendant–Appellee,

and

Quanta Display, Inc., Defendant.

No. 2009–1510.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).